IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHNSON COUNTY,<br><br>*Plaintiff*<br><br>v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>*Defendants.* | Civil Action No. 4:19-cv-01637 |

**[PROPOSED] ORDER REMANDING TO STATE COURT
AND AWARDING COSTS AND FEES**

Upon consideration of the Plaintiff Johnson County's Motion to Remand and for Costs and Fees, any response thereto, the authorities cited therein, and the operative portions of the record, the Court, upon finding that it lacks subject matter jurisdiction over this matter on the face of the Notice of Removal and the CAFA provision upon which the one removing Defendant relies, hereby GRANTS the Plaintiff Johnson County's motion in its entirety.

THEREFORE, IT IS ORDERED THAT this case be remanded to the 152d Judicial District Court of Harris County, Texas for further proceedings in MDL No. 18-0358, *In Re: Texas Opioid Litigation*, that a certified copy of this order be mailed by the clerk of this Court to the clerk of the Texas court, and that Defendant CVS Health Corporation pay the Plaintiff Johnson County its just costs and expenses, including attorneys fees, incurred as a result of the removal.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted on May 7, 2019, by:

Matthew R. McCarley (Attorney in Charge)
Texas Bar No. 24041426
mccarley@fnlawfirm.com
Bryan Fears
Texas Bar No. 2400886
fears@fnlawfirm.com
Majed Nachawati
Texas Bar No. 24038319
mn@fnlawfirm.com
S. Ann Saucer
Texas Bar No. 00797885
mn@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
5473 Blair Rd.
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

COUNSEL FOR JOHNSON COUNTY

## CERTIFICATE OF SERVICE

I, Matthew R. McCarley, hereby certify that on the 7th day of May 2019, I caused a copy of *[Proposed] Order Remanding to State Court and Awarding Costs and Fees* to be served via the Court's ECF system and/or via U.S. Mail.

*/s/ Matthew R. McCarley*

Matthew R. McCarley